UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORFA N. LOPEZ<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 2:13-cv-01232-MMD-PAL<br><br>ORDER |

Before the Court is defendant U.S. Bank, National Association's application for a status check as to the disposition of its Motion to Dismiss (dkt. no. 6) pursuant to Local Rule 7-6(b). (Dkt. no. 16.) The Motion to Dismiss was filed on July 18, 2013, and was ripe and fully submitted to the Court on August 5, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted before August 31, 2013, and will be moving through them chronologically. U.S. Bank National Association's Motion to Dismiss does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 13th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE