UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OFRA N. LOPEZ,<br><br>　　　　　　Plaintiff,<br>　v.<br>U.S. BANK NATIONAL ASSOCIATION,<br>　　　　　　Defendant. | Case No. 2:13-cv-01232-MMD-PAL<br><br>ORDER |

On January 27, 2014, the Court granted Defendant U.S. Bank National Association's Motion to Dismiss. (Dkt. no. 19.) In that Order, the Court gave Plaintiff thirty (30) days to file an amended complaint to the extent Plaintiff is able to allege sufficient facts to cure the deficiencies identified in the Court's Order. (*Id.*) The Court further cautioned Plaintiff that failure to file an amended complaint within the allotted 30-days time frame shall result in dismissal of this action with prejudice. (*Id.*) To date, Plaintiff has not filed an amended complaint nor has Plaintiff sought leave to file an amended complaint. While Plaintiff's counsel has filed a notice of appearance and a notice of change of address (dkt. nos. 20, 21), Plaintiff's counsel has not filed any additional documents. In light of Plaintiff's failure to file an amended complaint, this action is dismissed with prejudice. The Clerk is instructed to close the case.

DATED THIS 22nd day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE